# United States Court of Appeals for the Fifth Circuit

---

No. 25-30124
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

April 27, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee,*

*versus*

Michael Lott,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CR-205-1

---

Before King, Haynes, and Ho, *Circuit Judges.*

Per Curiam:[*]

The attorney appointed to represent Michael Lott has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Lott has filed responses. The record is not sufficiently developed to allow us to make a fair evaluation of Lott's claims of ineffective assistance of appellate

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-30124

counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Lott's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.